UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM B. BANER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., also known as WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., and formerly known as WACHOVIA MORTGAGE, FSB; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation; DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 3:12-cv-01189-EDL<br><br>[Assigned to the Hon. Elizabeth D. LaPorte]<br><br>**ORDER GRANTING STIPULATION SETTING PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE** AS MODIFIED |

Having read and considered the foregoing stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. A preliminary injunction hearing is set for May 8, 2012 at 9:00 a.m. in courtroom E of the above Court. Plaintiff's motion for preliminary injunction shall be filed and served by April 2, 2012. In response, Wells Fargo's opposition must be filed and served by April 16, 2012. Plaintiff's reply brief is due by April 23, 2012.

2. Wells Fargo and its trustee shall not proceed with a foreclosure with respect to the subject property, located at 10 Crystal Springs Road, Unit 2213, San Mateo, California, until on or after May 9, 2012.

Dated: March 20, 2012

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING STIPULATION SETTING PRELIMINARY INJUNCTION HEARING AND BRIEFING SCHEDULE**

on all interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Cal-Western Reconveyance Corporation* |
|---|---|
| Chris L. Norris, Esq.<br>LAW OFFICES OF CHRIS L. NORRIS<br>601 Van Ness Avenue, Suite 2056<br>San Francisco, CA 94102<br>*Tel: 415.692.1501 \| Fax: 415.294.9022*<br>*Email: chris.norris.esq@gmail.com* | Robin Prema Wright, Esq.<br>Nicole K. Neff, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 9266<br>*Tel: 949.477.5050*<br>*Email: rwright@wrightlegal.net*<br>*Email: nneff@wrightlegal.net* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **March 15, 2012.**

| Barbara Cruz | /s/ Barbara Cruz |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |