IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM B. BANER, | No. C -12-01189 EDL |
| Plaintiff, | **ORDER DISCHARGING ORDER TO SHOW CAUSE** |
| v. | |
| WELLS FARGO BANK, | |
| Defendant. | |

On August 10, 2012, the Court issued an order to show cause why this case should not be dismissed for failure to prosecute in light of Plaintiff's failure to file an amended complaint. The Court ordered Plaintiff to file a written response to the Order to Show Cause by August 24, 2012 and set a show cause hearing for September 4, 2012. Plaintiff filed a response to the Order to Show Cause on August 27, 2012. For good cause shown, the Order to Show Cause is hereby discharged and the September 4, 2012 show cause hearing is vacated. Plaintiff is cautioned, however, that in the future, he must comply with court-ordered filing deadlines or seek an extension of time before the deadline.

IT IS SO ORDERED.

Dated: August 28, 2012

ELIZABETH D. LAPORTE
United States Magistrate Judge