UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM B. BANER, an individual, | Case No.: 3:12-cv-01189-EDL |
| Plaintiff, | [Assigned to the Hon. Elizabeth D. LaPorte] |
| v. | **ORDER GRANTING STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE** |
| WELLS FARGO BANK, N.A., also known as WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., and formerly known as WACHOVIA MORTGAGE, FSB; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation; DOES 1 through 100, inclusive, | |
| Defendants. | |

Having read and considered the foregoing stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The case management conference that is scheduled for September 25, 2012 is vacated. The next case management conference shall take place on November 20, 2012 at 10:00 a.m.

2. An updated joint case management conference statement shall be filed no later than November 13, 2012.

3. The parties shall complete mediation by October 31, 2012 and immediately update the Court regarding the outcome of this ADR session.

Dated: _____September 7_____, 2012

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**ORDER GRANTING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

on all interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**

| *Attorneys for Plaintiff* | *Attorneys for Defendant*<br>*Cal-Western Reconveyance Corporation* |
|---|---|
| Chris L. Norris, Esq.<br>LAW OFFICES OF CHRIS L. NORRIS<br>601 Van Ness Avenue, Suite 2056<br>San Francisco, CA 94102<br>*Tel: 415.692.1501 | Fax: 415.294.9022*<br>*Email: chris.norris.esq@gmail.com* | Robin Prema Wright, Esq.<br>Nicole K. Neff, Esq.<br>WRIGHT, FINLAY & ZAK, LLP<br>4665 MacArthur Court, Suite 280<br>Newport Beach, CA 9266<br>*Tel: 949.477.5050*<br>*Email: rwright@wrightlegal.net*<br>*Email: nneff@wrightlegal.net* |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. This declaration is executed in Pasadena, California, on **September 6, 2012.**

| Nancy J. Peters | */s/ Nancy J. Peters* |
|---|---|
| (Type or Print Name) | (Signature of Declarant) |

93000/BR0187/00477164-1 {

CASE NO. 3:12-CV-01189-EDL
CERTIFICATE OF SERVICE