UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM B. BANER, an individual, | Case No.: 3:12-cv-01189-EDL |
| Plaintiff, | [Assigned to the Hon. Elizabeth D. LaPorte] |
| v. | |
| WELLS FARGO BANK, N.A., also known as WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A., and formerly known as WACHOVIA MORTGAGE, FSB; CAL-WESTERN RECONVEYANCE CORPORATION, a California Corporation; DOES 1 through 100, inclusive, | **ORDER GRANTING STIPULATION CONTINUING BRIEFING SCHEDULE AS MODIFIED** |
| Defendants. | |

Having read and considered the foregoing stipulation, and good cause appearing:

**IT IS HEREBY ORDERED:**

1. The parties shall complete mediation by October 31, 2012 and immediately update the Court regarding the outcome of this ADR session.

2. The present deadlines concerning an opposition and reply brief to Wells Fargo's motion to dismiss the first amended complaint are vacated. Plaintiff's new

deadline to file and serve an opposition to the motion to dismiss is **November 2, 2012.** Wells Fargo's deadline to file and serve a reply shall be **November 9, 2012.**

3. An updated joint case management conference statement shall be filed no later than November 13, 2012.

4. Assuming that settlement is not reached in October, the hearing on Wells Fargo's motion to dismiss, as well as the Rule 26 scheduling conference, shall proceed on November ~~20~~ 27, 2012.

Dated: October 2, 2012 , 2012

IT IS SO ORDERED AS MODIFIED

Judge Elizabeth D. Laporte